O-2C

ORIGINAL

FILED
2014 SEP -2 PM 1:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Richard C. Vickerman

PLAINTIFF/PETITIONER,

Ramon Mobile Home Park

DEFENDANT(S).

CASE NUMBER

5:14-cv-1806

**REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT**

I, Richard C. Vickerman, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _1996 Scale Worked as Charity Wage Golf Course Marshall 2007 & Volunteer_

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment? ☐Yes ☒No
   b. Rent payments, interest or dividends? ☐Yes ☒No
   c. Pensions, annuities or life insurance payments? ☐Yes ☒No
   d. Gifts or inheritances? ☐Yes ☒No
   e. Any other income (other than listed above)? ☐Yes ☒No
   f. Loans? ☐Yes ☒No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _Recieved SSdi/SSI since 1996_

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   Debit Checking $100.00 or less

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒Yes ☐No

   If the answer is yes, describe the property and state its approximate value: 1999 Chevy Truck 1999 5th wheel travel trailer Truck $3000.00 est 5th wheel $4000.00 Est.

5. In what year did you last file an Income Tax return? 1956
   Approximately how much income did your last tax return reflect? Minimum Wage

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   N/A

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

California                                    Riverside
State                                         County (or City)

I, Richard C. Vickerman, declare under penalty of perjury that the foregoing is true and correct.

9-2-14
Date                                          Plaintiff/Petitioner (Signature)